**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU AND TIMBER HILL LLC, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-cv-00068-LPS |
| COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES, | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION REGARDING EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

The captioned case is a securities class action that is governed by the provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3) (the "PSLRA"), for purposes of appointment of Lead Plaintiff and Lead Counsel. Accordingly, the parties hereby stipulate and agree, subject to the approval of the Court, that Defendants' response date to the Plaintiffs' Complaint shall be extended pending selection of Lead Plaintiff and Lead Counsel pursuant to the PSLRA. Upon appointment of Lead Plaintiff and Lead Counsel, Defendants and the Lead Plaintiff shall promptly meet and confer and propose to the Court a schedule for filing a consolidated and/or amended complaint and for Defendants' Response thereto.

**[SPACE INTENTIONALLY LEFT BLANK]**

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ David J. Margules*<br>David J. Margules (#2254)<br>Albert J. Carroll (#5316)<br>Suite 1400<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>(302) 573-3500 | By: */s/ John A. Sensing*<br>Stephen C. Norman (#2686)<br>John A. Sensing (#5232)<br>Christopher N. Kelly (#5717)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000 |
| *Counsel for Plaintiffs OFI Risk Arbitrages, OFI Risk Arb Absolu, and Timber Hill LLC* | *Counsel for Defendants Cooper Tire & Rubber Company, Roy Armes, and Bradley Hughes* |
| OF COUNSEL:<br><br>Vincent R. Cappucci<br>Andrew J. Entwistle<br>Robert N. Cappucci<br>Alexander Broche<br>ENTWISTLE & CAPPUCCI LLP<br>280 Park Avenue, 26th Floor<br>New York, NY 10017<br>(212) 894-7200<br><br>Gerald H. Silk<br>Avi Josefson<br>Michael Blatchley<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400 | OF COUNSEL:<br><br>Geoffrey J. Ritts<br>Adrienne Ferraro Mueller<br>James M. McWeeney, II<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>(216) 586-3939<br><br>Marjorie P. Duffy<br>JONES DAY<br>325 John H. McConnell Blvd., Suite 600<br>P.O. Box 165017<br>Columbus, OH 43216-5017<br>(614) 469-3939 |

Dated: February 11, 2014

[1139053 / 40588-002]

    **SO ORDERED** this _____ day of _____, 201_____

                                            _____
                                            HON. LEONARD P. STARK, U.S.D.J.