**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU AND TIMBER HILL LLC, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 14-cv-00068-LPS |
| COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES, | ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Stephen C. Norman of the law firm of Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware, 19801, as counsel on behalf of Defendants Cooper Tire & Rubber Company, Roy Armes, and Bradley Hughes in connection with the captioned matter.

OF COUNSEL:

Geoffrey J. Ritts
Adrienne Ferraro Mueller
James M. McWeeney, II
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939

Marjorie P. Duffy
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
(614) 469-3939

Dated: February 12, 2014

[1139084 / 40588-002]

POTTER ANDERSON & CORROON LLP

By: _/s/ Stephen C. Norman_
Stephen C. Norman (#2686)
John A. Sensing (#5232)
Christopher N. Kelly (#5717)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
snorman@potteranderson.com
jsensing@potteranderson.com
ckelly@potteranderson.com

*Counsel for Defendants Cooper Tire & Rubber Company, Roy Armes, and Bradley Hughes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Stephen C. Norman, hereby certify that on February 12, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

> David J. Margules (#2254)
> Albert J. Carroll (#5316)
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware 19801
> dmargules@bmf-law.com
> albert.j.carroll@gmail.com

                                          */s/ Stephen C. Norman*
                                   Stephen C. Norman (Bar ID 2686)
                                   Potter Anderson & Corroon LLP
                                   Hercules Plaza, 6th Floor
                                   1313 North Market Street
                                   P.O. Box 951
                                   Wilmington, Delaware 19899-0951
                                   (302) 984-6000
                                   snorman@potteranderson.com

1139090v2 / 40588-002