# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU and TIMBER HILL LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES, <br><br> Defendants. | C.A. No. 1:14-CV-00068-LPS <br><br> <u>CLASS ACTION</u> |

## DECLARATION OF JAMES R. BANKO IN SUPPORT OF MOTION OF THE SUN FAMILY TO BE APPOINTED LEAD PLAINTIFFS AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL

I, James R. Banko, hereby declare as follows:

1. I am a member of the law firm of Faruqi & Faruqi, LLP.

2. Movants Zhi Sun and Xiaoyan Jia (the "Sun Family" or "Movants") seek appointment as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") in the above-captioned action (the "Action").

3. I submit this Declaration, together with the attached exhibits, in support of the Motion of the Sun Family to appoint the Sun Family to serve as Lead Plaintiffs on behalf of the Class and to approve Movants' choice of Kahn Swick & Foti, LLC, as Lead Counsel. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of the sworn shareholder certifications of the Sun Family.

5. Attached hereto as Exhibit B is a true and correct copy of a loss chart exhibiting the losses suffered by the Sun Family resulting from their purchases of Cooper Tire & Rubber Company ("Cooper Tire") securities during the Class Period.

6. Attached hereto as Exhibit C is a true and correct copy of the press release published on January 17, 2014, on *Marketwired*, a well-known, national business-oriented publication, announcing the pendency of the lawsuit commenced against Cooper Tire and other defendants.

7. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the state of Delaware that the foregoing facts are true and correct. Executed this 18h day of March, 2014, at Wilimington, Delaware.

                                                                           /s/ James R. Banko_____
                                                                             James R. Banko