IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU and TIMBER HILL LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES,<br><br>    Defendants. | C.A. No. 14-00068 LPS<br><br>CLASS ACTION |

**DECLARATION OF DAVID J. MARGULES IN SUPPORT OF MOTION OF OFI ASSET MANAGEMENT AND TIMBER HILL LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

OF COUNSEL:

Vincent R. Cappucci
Andrew J. Entwistle
Robert N. Cappucci
Alexander Broche
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor
New York, New York 10017
(212) 894-7200

Gerald H. Silk
Avi Josefson
Michael Blatchley
**BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

*Counsel for Proposed Lead Plaintiff OFI
Asset Management and Timber Hill LLC and
Proposed Lead Counsel for the Class*

Dated: March 18, 2014

David J. Margules (Bar No. 2254)
Albert J. Carroll (Bar No. 5316)
**BOUCHARD MARGULES &
 FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500

*Liaison Counsel for Proposed Lead Plaintiff
OFI Asset Management and Timber Hill LLC*

I, David J. Margules, declare as follows:

1.  I am a member in good standing of the bars of the State of Delaware and of this Court. I am a partner in the law firm of Bouchard Margules & Friedlander, P.A. I submit this declaration in support of the Motion filed by OFI Asset Management and Timber Hill LLC ("Timber Hill") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Entwistle & Cappucci LLP ("Entwistle & Cappucci") to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.  Attached as Exhibits A through F are true and correct copies of the following documents:

> EXHIBIT A: Certifications of OFI Asset Management and Timber Hill;
>
> EXHIBIT B: Charts of transactions and losses of OFI Asset Management and Timber Hill;
>
> EXHIBIT C: Notice of Pendency of *OFI Risk Arbitrages v. Cooper Tire & Rubber Company*, No. 1:14-cv-00068-LPS (D. Del.), published on January 17, 2014;
>
> EXHIBIT D: *Pipefitters Local 537 Annuity Fund v. Wilmington Trust Corp.*, No. 1:10-cv-00990, slip op. (D. Del. Mar. 7, 2011), D.I. 26;
>
> EXHIBIT E: Firm Résumé of Bernstein Litowitz; and
>
> EXHIBIT F: Firm Résumé of Entwistle & Cappucci.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

/s/ David J. Margules

David J. Margules (Bar No. 2254)
BOUCHARD MARGULES &
  FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500

*Attorney for Plaintiff OFI Asset Management and Timber Hill LLC*

SWORN TO AND SUBSCRIBED before me on this 18th, day of March, 2014.

Gina Ann Polukis
Notary Public

[Notary Seal: GINA ANN POLUKIS, MY COMMISSION EXPIRES Jan. 16, 2016, NOTARY PUBLIC, STATE OF DELAWARE]