IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU and TIMBER HILL LLC, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES,<br><br>　　　　　　　　　　Defendants. | C.A. No. 14-00068 LPS<br><br>CLASS ACTION |

**AVERMENT PURSUANT TO LOCAL RULE 7.1.1**

Given the nature of the PSLRA Lead Plaintiff appointment process, counsel for OFI Asset Management and Timber Hill were unable to confer with opposing counsel regarding the substance of this motion and any potential resolution as set forth in Local Rule 7.1.1. Here, Lead Plaintiff motions are due on March 18, 2014, and no Lead Plaintiff motions were filed prior to that date. Thus, it was not possible for OFI Asset Management and Timber Hill to identify the competing movants, if any, prior to filing this motion. Accordingly, OFI Asset Management and Timber Hill respectfully request that the requirements of Local Rule 7.1.1 be deemed to have been satisfied here.

/s/ David J. Margules
David J. Margules (Bar No. 2254)
BOUCHARD MARGULES &
  FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
(302) 573-3500

*Attorney for Plaintiff OFI Asset Management and Timber Hill LLC*

SWORN TO AND SUBSCRIBED before me on this 18th day of March, 2014.

/s/ Gina Ann Polukis
Notary Public

[Notary Seal: GINA ANN POLUKIS, MY COMMISSION EXPIRES Jan. 16, 2016, NOTARY PUBLIC, STATE OF DELAWARE]