UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------- x
OFI RISK ARBITRAGES, OFI RISK ARB :
ABSOLU and TIMBER HILL LLC, :
individually and on behalf of all others :
similarly situation, : No. 1:14-cv-00068-LPS
                Plaintiffs, :
:
    v. :
:
COOPER TIRE AND RUBBER :
COMPANY, ROY ARMES and BRADLEY :
HUGHES, :
                Defendants. :
------------------------------------------------------- X

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel James R. Banko moves the admission *pro hac vice* of Kim E. Miller, Esq. of Kahn Swick & Foti LLC, 500 5th Ave., Suite 1810, New York NY 10110 to represent plaintiffs in these matters.

                          */s/ James R. Banko*
                          James R. Banko (# 4518)
                          FARUQI & FARUQI, LLP
                          20 Montchanin Drive, #145
                          Greenville, DE  19807
                          Tel.: (302) 482-3182
                          jbanko@faruqilaw.com

                          *Attorney for Plaintiffs*

Date:   April 1, 2014

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Kim E. Miller_
Kim E. Miller

Date:   March 31, 2014

Applicant's Address:   Kahn Swick & Foti LLC
500 5th Ave., Suite 1810
New York NY 10110
Toll Free: (866) 467-1400
Phone: (212) 696-3730
Fax: (504) 455-1498

E-mail: Kim.Miller@ksfcounsel.com