UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU and TIMBER HILL LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES, <br><br> Defendants. | Civ. A. No. 1:14-cv-00068-LPS <br><br> CLASS ACTION <br><br> JURY TRIAL DEMANDED <br><br> ECF CASE |

**DECLARATION OF DAVID J. MARGULES IN FURTHER SUPPORT OF MOTION OF OFI ASSET MANAGEMENT AND TIMBER HILL LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING MOTION**

David J. Margules (Bar I.D. No. 2254)
Albert J. Carroll (Bar I.D. No. 5316)
**BOUCHARD MARGULES & FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501

*Liaison Counsel for Proposed Lead Plaintiff OFI Asset Management and Timber Hill LLC*

Vincent R. Cappucci
Andrew J Entwistle
Robert N. Cappucci
Alexander Broche
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor
New York, New York 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

Gerald H. Silk
Avi Josefson
Michael Blatchley
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554 1400
Facsimile: (212) 554 1444

*Counsel for Proposed Lead Plaintiff OFI Asset Management and Timber Hill LLC and Proposed Lead Counsel for the Class*

Dated: April 4, 2014

I, David J. Margules, declare as follows:

1. I am a member in good standing of the bars of the State of Delaware and of this Court. I am a partner in the law firm of Bouchard Margules & Friedlander, P.A. I submit this declaration in further support of the Motion filed by OFI Asset Management ("OFI") and Timber Hill LLC ("Timber Hill") for: (1) appointment as Lead Plaintiff; (2) approval of their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Entwistle & Cappucci LLP ("Entwistle & Cappucci") to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper, and in opposition to the competing motion.

2. Attached as Exhibits A through G are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Revised chart of transactions and losses of Timber Hill; |
| EXHIBIT B: | Declaration of Jean-Luc Malafosse in Support of Motion of OFI and Timber Hill For Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel; |
| EXHIBIT C: | Declaration of Bradford L. Jacobowitz in Support of Motion of OFI and Timber Hill For Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel; |
| EXHIBIT D: | Solicitation issued by Kahn Swick & Foti, LLC on January 21, 2014 titled, "COOPER TIRE SHAREHOLDER ALERT BY FORMER LOUISIANA ATTORNEY GENERAL"; |
| EXHIBIT E: | Solicitation issued by Kahn Swick & Foti, LLC on March 14, 2014 titled, "COOPER TIRE 96 HOUR DEADLINE ALERT"; |
| EXHIBIT F: | Solicitation issued by Kahn Swick & Foti, LLC on March 17, 2014 titled, "CTB US: 96 Hour Deadline Alert," and |
| EXHIBIT G: | Ownership Summary of Cooper Tire & Rubber Co. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of April, 2014.

_____
David J. Margules (Bar I.D. No. 2254)
**BOUCHARD MARGULES**
**& FRIEDLANDER, P.A.**
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501

SWORN TO AND SUBSCRIBED before me on this 4th, day of April, 2014.

_____
Jennifer Speakman
Notary Public

[Notary Seal: JENNIFER L. SPEAKMAN, MY COMMISSION EXPIRES DECEMBER 4, 2015, NOTARY PUBLIC, STATE OF DELAWARE]