**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU and TIMBER HILL LLC, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES,<br><br>     Defendants. | Civ. A. No. 1:14-cv-00068-LPS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED<br><br>**ECF CASE** |

## APPLICATION FOR ORAL ARGUMENT

  Pursuant to Local Rule 7.1.4, OFI Asset Management and Timber Hill LLC respectfully request oral argument on their Motion for Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel (D.I. 11) and the competing Motion of Zhi Sun and Xiaoyan Jia to be Appointed Lead Plaintiffs and to Approve Proposed Lead Plaintiffs' Choice of Counsel (D.I. 8). The briefing on these motions (D.I. 9, 12, 16, 18, 21 and 23) was completed on April 14, 2014.

DATED: April 16, 2014

          */s/ David J. Margules*
          David J. Margules (Bar I.D. No. 2254)
          Albert J. Carroll (Bar I.D. No. 5316)
          **BOUCHARD MARGULES**
          **& FRIEDLANDER, P.A.**
          222 Delaware Avenue, Suite 1400
          Wilmington, Delaware 19801
          Telephone: (302) 573-3500
          Facsimile: (302) 573-3501

          *Liaison Counsel for Proposed Lead Plaintiff OFI*
          *Asset Management and Timber Hill LLC*

Vincent R. Cappucci
Andrew J Entwistle
Robert N. Cappucci
Alexander Broche
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue, 26th Floor
New York, New York 10017
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

Gerald H. Silk
Avi Josefson
Michael Blatchley
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jerry@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Proposed Lead Plaintiff OFI Asset Management and Timber Hill LLC and Proposed Lead Counsel for the Class*