## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU AND TIMBER HILL LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES,<br><br>Defendants. | C.A. No. 14-cv-00068-LPS |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Cooper Tire & Rubber Company ("Cooper") hereby states as follows: Cooper, a publicly traded corporation, does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Geoffrey J. Ritts
Adrienne Ferraro Mueller
James M. McWeeney, II
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939

Marjorie P. Duffy
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
(614) 469-3939

Dated: April 24, 2014
[1150371 / 40588-002]

POTTER ANDERSON & CORROON LLP

By: _/s/ John A. Sensing_
    Stephen C. Norman (#2686)
    John A. Sensing (#5232)
    Christopher N. Kelly (#5717)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    snorman@potteranderson.com
    jsensing@potteranderson.com
    ckelly@potteranderson.com

*Counsel for Defendants Cooper Tire & Rubber Company, Roy Armes, and Bradley Hughes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John A. Sensing, hereby certify that on April 24, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the following registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

>David J. Margules (#2254)
>Albert J. Carroll (#5316)
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, Delaware 19801
>dmargules@bmf-law.com
>albert.j.carroll@gmail.com

>        */s/ John A. Sensing*
>John A. Sensing (Bar ID 5232)
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, Delaware 19899-0951
>(302) 984-6000
>jsensing@potteranderson.com

[1150371 / 40588-002]