## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| OFI RISK ARBITRAGES, OFI RISK ARB ABSOLU and TIMBER HILL LLC, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>COOPER TIRE & RUBBER COMPANY, ROY ARMES and BRADLEY HUGHES, )<br><br>Defendants. ) | C.A. No. 1:14-CV-00068-LPS |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel James R. Banko moves the admission *pro hac vice* of J. Ryan Lopatka, Esq. of Kahn Swick & Foti LLC, 206 Covington St. Madisonville, LA 70447 to represent plaintiffs in these matters.
.

_/s/ James R. Banko_____
James R. Banko (#4518)
**FARUQI & FARUQI, LLP**
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Telephone: (302) 482-3182
jbanko@faruqilaw.com

*Attorney for Plaintiffs*

Date:   June 16, 2014

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: June 16, 2014

Applicant's Address:  Kahn Swick & Foti LLC
206 Covington Street
Madisonville, LA 70447
Toll Free: (866) 467-1400
Phone: (504) 455-1400
Fax: (504) 455-1498
Email: j.lopatka@ksfcounsel.com